UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-21399-CV-KING/BECERRA

JELENA PETROVIC, as
Personal Representative of the Estate of
BORKO B. PETROVIC,
Decedent,

    Plaintiff

v.

PRINCESS CRUISE LINES, Ltd. (Corp.),

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION TO ENTER STIPULATION REFERRING CASE TO ARBITRATION IN BERMUDA

THIS CAUSE is before the Court on the June 1, 2021 Report and Recommendation ("R&R") (DE 7) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends granting the Parties' Joint Motion to Enter Stipulation Referring Case to Arbitration in Bermuda (DE 6) and denying as moot Defendant's Motion to Compel Arbitration (DE 3). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 7)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. The Parties' Joint Motion to Enter Stipulation Referring Case to Arbitration in Bermuda **(DE 6)** is hereby **GRANTED**; and

3. Defendant's Motion to Compel Arbitration **(DE 3)** is hereby **DENIED as moot.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of June, 2021.

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

cc:    All counsel of record